552

Jacobo Pacheco SIERRA;
et al., Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–72518.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided Aug. 3, 2006.

Jacobo Pacheco Sierra, Colton, CA, pro se.

Reyna Pacheco Ruiz, Colton, CA, pro se.

District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Jacobo Pacheco Sierra, and his children, Reyna Pacheco Ruiz and Jose J. Pacheco, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reconsider its prior order affirming an immigration judge's ("IJ") decision to deny cancellation of removal. To the extent we have jurisdiction, it is conferred by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Oh v. Gonzales,* 406 F.3d 611, 612 (9th Cir.2005), and we deny in part and dismiss in part the petition for review.

The BIA was within its discretion in denying Petitioners' motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior order affirming the IJ's decision denying cancellation of removal. *See* 8 C.F.R. § 1003.2(b)(1); *Socop–Gonzalez v. INS,* 272 F.3d 1176, 1180 n. 2 (9th Cir.2001) (en banc).

We lack jurisdiction to consider Petitioners' contentions regarding the BIA's underlying order affirming the IJ's decision because Petitioners failed to timely petition this court for review of those decisions. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1258 (9th Cir.1996).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

Eduardo Aleman CUELLAR; Alicia
Aurelia Arce Avila, Petitioners,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.